UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHABARI NAYAK,

                             Plaintiff,

          v.

JEFFERIES GROUP LLC, PETER SCOTT, in his
individual and professional capacities, and
CHRISTOPHER M. KANOFF, in his individual
and professional capacities,

                             Defendants.
-------------------------------------------------------------- X

ECF

16-cv-06528 (AKH)

**NOTICE OF MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT PRE-MOTION LETTER**

PLEASE TAKE NOTICE THAT, upon the Declaration of Chris Kanoff dated December 20, 2017, the Declaration of Izabel P. McDonald dated December 20, 2017, with exhibit, and the accompanying Memorandum of Law, Defendant Jefferies Group LLC will move this Court, before the Honorable Alvin K. Hellerstein, at a time and date to be determined by the Court, for an order permitting the parties' November 17, 2017 joint pre-motion letter to the Court (with exhibits) regarding discovery disputes to be filed with limited redactions and for the original unredacted version, and the exhibits thereto, to be filed under seal.

Dated: New York, New York
          December 21, 2017

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              By: /s/ Izabel P. McDonald
                                  Kevin B. Leblang
                                  Izabel P. McDonald
                                  Samantha M. Kagan
                                  kleblang@kramerlevin.com
                                  imcdonald@kramerlevin.com
                                  skagan@kramerlevin.com
                              1177 Avenue of the Americas
                              New York, NY  10036
                              (212) 715-9100

                              *Attorneys for Defendants*
                              Jefferies Group LLC, Peter Scott, and Chris Kanoff

KL3 3147598.1

TO:    Lawrence Pearson, Esq.
Bryan Arbeit, Esq.
Ken Walsh, Esq.
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845

***Attorneys for Plaintiff***
Shabari Nayak