

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

November 7, 2018

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    <u>Nayak v. Jefferies Group LLC, et al.; Civil Case No. 16-cv-06528 (AKH)(BM)</u>

Dear Judge Hellerstein:

We represent Plaintiff Shabari Nayak in the above-referenced action, and write jointly with Defendants Jefferies Group LLC, Peter Scott and Chris Kanoff, to inform the court that the parties have reached a settlement in principle. The parties anticipate having a completed written settlement agreement by the end of next week and will file a stipulation of discontinuance at that time. Given the impending settlement of the action, the final pretrial conference scheduled for November 27, 2018, and the trial scheduled to commence on December 3, 2018, are no longer needed and can be removed from the Court's docket.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Lawrence M. Pearson

cc:    The Honorable Barbara Moses (*via* ECF)
          Counsel for Defendants (*via* ECF)