# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/18

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

November 7, 2018

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 11/7/18

Re: Nayak v. Jefferies Group LLC, et al.; Civil Case No. 16-cv-06528 (AKH)(BM)

Dear Judge Hellerstein:

We represent Plaintiff Shabari Nayak in the above-referenced action, and write jointly with Defendants Jefferies Group LLC, Peter Scott and Chris Kanoff, to inform the court that the parties have reached a settlement in principle. The parties anticipate having a completed written settlement agreement by the end of next week and will file a stipulation of discontinuance at that time. Given the impending settlement of the action, the final pretrial conference scheduled for November 27, 2018, and the trial scheduled to commence on December 3, 2018, are no longer needed and can be removed from the Court's docket.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Lawrence M. Pearson

cc:  The Honorable Barbara Moses (*via* ECF)
     Counsel for Defendants (*via* ECF)