UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SHABARI NAYAK,

                            Plaintiff,

      - against -

JEFFERIES GROUP LLC, PETER SCOTT AND
CHRISTOPHER M. KANOFF,

                          Defendants.

------------------------------------------------------------ x

ECF

16-cv-06528 (AKH)

**Stipulation of Dismissal With Prejudice**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that that the above-entitled action, including, but not limited to, the claims asserted by plaintiff Shabari Nayak, be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Dated: New York, New York
       Dec. 14, 2018

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

By: _____
Kevin B. Leblang
Izabel P. McDonald
kleblang@kramerlevin.com
imcdonald@kramerlevin.com

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants*
Jefferies Group LLC, Peter Scott and Chris Kanoff

WIGDOR LLP

By: _____
Lawrence M. Pearson
Bryan L. Arbeit
lpearson@wigdor.com
barbeit@wigdor.com

85 Fifth Avenue
New York, New York 10003
(212) 257-6800

*Attorney for Plaintiff*
Shabari Nayak

KL3 3188045.10